**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 524 MAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ISMAEL FIGUEROA-SERRANO, :
:
Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.